IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03081-WYD-KMT

CARMELO RUIZ,

     Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

     Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

     THE COURT, having reviewed the Notice of Dismissal with Prejudice pursuant to

Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, hereby

     ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to

pay his or its own attorney's fees and costs.

     Dated:  February 7, 2013.

                             BY THE COURT:


                             s/ Wiley Y. Daniel
                             WILEY Y. DANIEL,
                             SENIOR UNITED STATES DISTRICT JUDGE